UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| YEONG LEE, | Case No. SA CV 21-01524-DOC (KES) |
| Plaintiff, | |
| vs. | |
| SEACLIFF VILLAGE SHOPPING CENTER, INC., ET AL., | ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [15] |
| Defendants. | |

# ORDER

Before the Court is Plaintiff Yeong Lee ("Plaintiff")'s Motion for Default Judgment (Dkt. 15). For good cause shown, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff is granted injunctive relief; Defendant Seacliff Village Shopping Center, Inc. ("Defendant") is ordered to remove unlawful barriers to provide access to the facilities by individuals with disabilities;
2. Plaintiff shall recover from Defendant $1,862.00 in attorneys' fees and costs, consisting of $1,340.00 in attorneys' fees and $522.00 in costs.

IT IS SO ORDERED.

DATED: December 13, 2021          By: *David O. Carter*
                                      Hon. Judge David O. Carter